IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**WILLIAM T. BUSICK**                                                               **PLAINTIFF**

**VERSUS**                                                        **CIVIL ACTION NO. 3:02CV483LN**

**CITY OF MADISON,** *ET AL.*                                       **DEFENDANTS**

## ORDER

This matter came before the court on the Plaintiff's Motion for Trial by Jury. Fed. R. Civ. P. 38(b) provides that a party may make a demand for a jury trial by serving such demand in writing upon the parties no later than ten days after service of the last pleading directed toward the issue for which a jury is requested. In this case, the Motion for Trial by Jury was filed on November 15, 2005. One Defendant, John Neal, answered after that date, making the demand timely.

IT IS, THEREFORE, ORDERED that the Plaintiff's Motion for Trial by Jury is hereby **granted**.

IT IS SO ORDERED, this the 10th day of January, 2006.

                                                      S/Alfred G. Nicols, Jr.
                                        UNITED STATES MAGISTRATE JUDGE