IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**WILLIAM T. BUSICK**  PLAINTIFF

**VERSUS**  CIVIL ACTION NO. 3:02CV483LN

**CITY OF MADISON,** *ET AL.*  DEFENDANTS

## ORDER

This matter came before the court on a letter written by the Plaintiff that was received on January 18, 2006.  Although it is not framed as a Motion, the court will construe it as a Motion to Substitute Parties, as neither the Clerk's office nor the Marshals Service will amend his summonses or re-serve them without an Order from the court.  The letter states that the Defendant formerly known as "Jane Doe" Perry is actually Lt. Brenda Perry, and the Defendant formerly known as "Jane Doe" Esco is actually Mrs. Charles Esco.

IT IS, THEREFORE, ORDERED that the Plaintiff's Motion to Substitute Parties is hereby **granted**.  The Clerk is instructed to re-issues summonses for Lt. Brenda Perry and Mrs. Charles Esco and to forward these summonses to the United States Marshal for service.

IT IS SO ORDERED, this the 23rd day of January, 2006.

                              S/Alfred G. Nicols, Jr.
                              UNITED STATES MAGISTRATE JUDGE