IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**WILLIAM T. BUSICK**                                                                                                 **PLAINTIFF**

**VERSUS**                                                                     **CIVIL ACTION NO. 3:02CV483LS**

**CITY OF MADISON,** *ET AL.*                                                                                **DEFENDANTS**

## ORDER

This matter came before the court on the Defendants' response to an Order entered on April 21, 2006, in which their counsel was directed to report to the court as to whether any person was employed by the Madison County Detention Center during the period relevant to the Plaintiff's claims with the last name of "Cheers." Counsel has notified the court that a Janika Meosha Cheers was so employed, although she has not worked at the Detention Center since September 27, 2002. A copy of that letter will be sent to the Plaintiff with this Order and placed in the file of this case.

Having reviewed the Amended Complaint, the court has determined that the Plaintiff's allegations against Cheers concern events that would have occurred prior to September 27, 2002. Therefore, she is likely the person identified in the Complaint as "Jane Doe" Cheers, and the Plaintiff is entitled to have process served on her, if she can be located. In the earlier Order, the Defendants were also directed to provide the last known address where Cheers may be served with process. If that information is available, it should be provided to the court and to the Plaintiff, so that a summons may be prepared for service on her.

IT IS, THEREFORE, ORDERED that counsel for the Defendant shall report to the court on or before May 23, 2006, as to the last known address where Janika Meosha Cheers may be served with process. When that address is received, a summons will be prepared for service on her.

IT IS SO ORDERED, this the 28th day of April, 2006.

S/James C. Sumner  
UNITED STATES MAGISTRATE JUDGE