IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**WILLIAM T. BUSICK**                                                       **PLAINTIFF**

**VERSUS**                                                      **CIVIL ACTION NO. 3:02CV483LS**

**CITY OF MADISON,** *ET AL.*                                       **DEFENDANTS**

## ORDER

It appearing to the court that the Fifth Circuit has entered an opinion on the Plaintiff's appeal, the stay earlier entered in this matter should be lifted, and the court will proceed to consider the pending motions in this matter.

IT IS, THEREFORE, ORDERED that the stay that was ordered in this matter on September 12, 2006, is hereby lifted, and this matter will be returned to the active docket.

IT IS SO ORDERED, this the 2nd day of February, 2007.

                                                          S/James C. Sumner
                                         UNITED STATES MAGISTRATE JUDGE